UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AT&T CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No.: C 06-5419 PVT<br><br>**ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff, AT&T Corporation has requested permission for its counsel to appear by telephone at the Case Management Conference on December 5, 2006.[1]  The court's sound system for telephone appearances is less than ideal, and thus personal appearance by counsel is preferred unless circumstances make such personal appearance unreasonably burdensome.  The only reason stated is the fact that Plaintiff's chosen attorney is located in Costa Mesa, and will thus need to travel to appear for the Case Management Conference.  Given the amount in controversy and the size of Plaintiff, it is not unreasonable to require Plaintiff's counsel to make court appearances in person.  Therefore,

　　　　IT IS HEREBY ORDERED that Plaintiff's request is DENIED.

Dated: *11/29/06*

　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1]　　The holding of this court is limited to the facts and the particular circumstances underlying the present motion.