UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AT&T CORPORATION, | ) | Case No.: C 06-5419 PVT |
| Plaintiff, | ) | **CASE MANAGEMENT** |
| | ) | **CONFERENCE ORDER** |
| v. | ) | |
| NVIDIA CORPORATION, | ) | |
| Defendant. | ) | |

On December 5, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference.  Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is December 15, 2006.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.

IT IS FURTHER ORDERED that the parties shall promptly contact the court's ADR department to make arrangements for the mediation that this court previously ordered pursuant to

1  the parties' stipulation.

2      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3  Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8/24/07

4  Designation of Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9/14/07

5  Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . . 9/28/07

6  Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10/12/07

7  Last Day for Dispositive Motion Hearing . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 10/2/07
       (must be noticed in accordance with Civil L.R. 7-2(a))

8  Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 10/16/07

9  Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on 10/29/07

10      IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for

11  Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.

12  1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and

13  content of the Joint Pretrial Statement, and all other pretrial submissions.

14  Dated: *12/6/06*

15  *Patricia V. Trumbull*
    PATRICIA V. TRUMBULL

16      United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27      [1]    A copy of Judge Trumbull's standing order is also available on the court's website
at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's

28  name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet
for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."